156 A.3d 171

CAPITAL ONE, N.A., PLAINTIFF–RESPONDENT, v. ROBERT KIM (A/K/A BONG S. KIM), DEFENDANT–PETITIONER, AND MISOOK KIM (A/K/A MI S. KIM), AND FORD MOTOR CREDIT COMPANY, LLC, DEFENDANTS.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001391–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.